IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DAISY MCKINNEY, individually and as
Next Friend of WILLIE MCKINNEY, an
incapacitated person,

    Plaintiff,

VS.      NO. 05-2222-Ma/P

KINDRED HEALTHCARE, INC.;
KINDRED HEALTHCARE OPERATING,
INC.; KINDRED NURSING CENTERS LIMITED
PARTNERSHIP, d/b/a SPRING GATE
REHABILITATION AND HEALTHCARE
CENTER; RENEE B. TUTOR, in her capacity
as Administrator of Spring Gate Rehabilitation
and Healthcare Center,

    Defendants.

## ORDER GRANTING MOTION TO FILE EXHIBIT

Before the court is the defendants' May 2, 2005 motion to file out of time, an exhibit to their motion to dismiss or in the alternative for summary judgment. For good cause shown, the motion is granted and the defendants may file their exhibit.

It is so ORDERED this 17th day of May, 2005.

        SAMUEL H. MAYS, JR.
        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02222 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

Honorable Samuel Mays
US DISTRICT COURT