UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ J.C.

05 JUN 23 PM 3: 45

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

DAISY McKINNEY, individually and as
Next Friend of WILLIE McKINNEY, an
incapacitated person,

    Plaintiff,

v.                                                             Cv. No. 05-2222-Ma

KINDRED HEALTHCARE, INC.; KINDRED HEALTHCARE
OPERATING, INC.; KINDRED NURSING CENTERS
LIMITED PARTNERSHIP d/b/a SPRING GATE
REHABILITATION AND HEALTHCARE CENTER;
RENEE B. TUTOR, in her capacity as
Administrator of SPRING GATE REHABILITATION
AND HEALTHCARE CENTER,

    Defendants.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that, in accordance with the Order Granting Plaintiff's Motion to Remand, docketed June 13, 2005, this action is remanded to the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis.

**APPROVED:**

/s/ signature

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June 22, 2005

DATE

THOMAS M. GOULD

CLERK

/s/ signature
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-24-05

17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02222 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

Honorable Samuel Mays
US DISTRICT COURT